IN THE TEXAS COURT OF CRIMINAL
APPEALS, CAUSE NO: _____ 22,937-21

Clemmie Wickware,

Relator;

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

VS.

THE Special Prosecution Unit [SPU] of 12th Judicial
District Court of Walker County;

Respondent;

═══════════════════════════════════════

Petition For Writ of Mandamus ═══

═══════════════════════════════════════

TO THE HONORABLE Judge of SAID COURT;

Come's now Clemmie Wickware, Relator Complaining of
the Special Prosecution Unit [SPU] of the 12th Judicial District
Court of Walker County, Texas And Show this Honorable Court
that;

I.

Relator Clemmie Wickware is Presently incarcerate in the
High-Security- Estelle Unit [H-S-Estelle]Unit. TEXAS Department
of Criminal Justice - Correctional Institutional Division [TDCJ-
CID] serving A 50 year sentence; Maximum discharge date Be-
ing August 2047. Applicant submitted A Criminal complaint
with A Temporary Restrain order to Clerk of Walker County
And [SPU] the on August 20, 2015 SEE: Attachment copy

[1]- the Walker County Clerk Mel Fuentes Deputy Return the
Filing with instruction to submitte to [SPU]: which it was
Also File with SEE: Attachment Count Letter;

[2]- Applicant Seek Criminal Changes and injunction [TRO] for viol-
ation of the Civil Right of A Prisoner under 39.021 (A)(1) and
(2)

[3]- Applicant Physical handicap And seek action For violation of
[ADA] American Disabilities Act Act and Reckless disregard to

-1-

Safety and handicap discrimination; and Hazard condition is a daily event; SEE Complaint.

The Clerk M. Del-Fuente Deputy receive and rejected the Criminal Complaint on August 28, 2015 the (SPU) have fail to process complaint file with them. Walker County is located in Huntsville, Texas;

## II.

Relator, has file with (SPU) on August 20, 2015 and was received at the same time 12th Judicial Courthouse receive their and has cover over [ ] (80) -days and the Criminal Act is still on going event and Court fail to provide number and the (SPU). State has fail to (Answer) and has a notice or the wrong doing and no action has been taken on said Criminal Complaint with (TRO); After the 12th Judicial return and was given Notice

## III.

THE Clerk of 12th Judicial District Court has a duty under Criminal Law Pursuant to from Prisoner Right Art 37.021-(1)(A)(1)(2) V.A.C.S and Texas Constitutional Art I. Section - #10 And #19 and the U.S. Constitutional #'s, #6, 8th and 1st Amendment to Protect and (SPU) and to intervene when a Prisoner is subject to Cruel or unusal Punishment inflicted As well as;

violation of Criminal Law to ensure Protection Order Penal 25.07 - 25.076 And/or 6.08 Protective order or Injunction violation HS 483.075 to Act Promptly on this Petition and Forward the same to the Criminal Court for investigation and for disposition. THE Respondent unwarranted delay has prevented the Relator from obtaining a speedy Resolution and all appropriate corrective action; of said Criminal Complaint with the Temporary Restrain Order;

## IV.
### Liberal - Construed

Relator, respectfully request the Court to Liberally construe this writ of mandamus Petitioner is unskilled and untrained

-2-

in Criminal and Civil Law. In Accordance with Fifth Circuit and Supreme Courts Ruling under HAINS VS ALRCNA, 404 U.S. 519, 92 S.Ct 594 [1992] THEREFORE, this said writ should BE Liberally Construed and Not dismissed;

## I.

WHEREFORE, PREMISES CONSIDERED, Relator respectfully Prays that the HONORABLE TEXAS COURT OF APPEALS ISSUE AN WRIT OF MANDAMUS to Compel the District Court and [SPU] dispose of the ABOVE-mentioned Petition For Criminal Complaint with [IRD] For corrective And Appropriate Action and Investigation;

IT IS SO PRAYED;

/s/ Clemmie Wickware

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that A true And correct copy of this said writ of mandamus was on this day 09 of November 2015 submitted through [TDCJ-CID] Law Library For U.S. Postage to the following Address;

Special Prosecution Unit
340 -S H - 75 -North -Suite-A
Huntsville, TEXAS 77320

12th Judicial District Clerk
Mel Fuente Deputy
278th Judicial District
1100 -University Ave -Suite-209
Walker County Courthouse
Huntsville, TEXAS 77340
Court of Criminal Appeal of Texas
P.O.Box - 12308 Capital Station
Austin, Texas 78711

Respectfully Submitted

/s/ Clemmie Wickware
Clemmie Wickware
#555001- H S-Estelle
264-F.M.-3478
Huntsville, Texas
77320 -3322

-3-

Clemmie Wickware,

Plaintiff,

VS.

KELLIE WARD, MATT GROSS, TRACY-
BAILEY, WAYNE BREWER, BOBBY-
VINCENT, Khari MOTT, MONK ELDON,
BEtty WILLIAM, MARCO J HENKER ME-
VER, Michelle BaaKsdalE, M.D ZEON
ZAE, Mulkey Lynn, Julye ERNEstiNE,
RoBEatson NathaNiEl, Christopher
LACOX, Kathy HAwKIN, BRYAN HANCOCK,
John-DOES AND/or JANE-DOE'S HEALTH
SERVICE DIVISION OFFICIALS, John-DoE
SAFEty OFFICERS,

CAUSE NO: _____

=== === === === === === === === ===
CRIMINAL Complaintt with AN TEMPORARY RESTRAIN ORDER;
=== === === === === === === === ===

By NAME AND Authority Supra;

   Come Now Clemmie WICKWARE! [TDCJ-CID] TEXAS Dept OF
CRIMINAL JUSTICE-Correctional INSTITUTION DIVISION NUMBER NO:
**#555001** ASSIGN to High SECURITY-EstellE Unit [H-S-EstEllE] AND is
AN CitizEN OF the UNITED STATE OVER the Age OF [21]-VEARS OF
AGE AND SOUND MIND AN CAPABLE OR Making this AFFIDAVIT DE-
spose AND SAYS:

   EmployEE OF [TDCJ-CID] HLS-EStellE Unit AND/or [UMTB] Univer-
sity OF TEXAS MEDICAL Branch AND or [TDCJ] HEALTH SERVICE DIVISION
CLEARly violation OF "STATE" AND "FEDERAL" LAW AND [TDCJ-CID]:
HEALth SERVICE MANAGED HEALTH CARE Policy AS WELL AS Constitution-
AL;

                    LIBERAL CONSTRUED

   PLAINTIFF, RESPECtfFully REQUEST this SAID CRIMINAL compLAI-
-1-

"Ntant is unskilled and untutored in criminal or civil law, and this said complaint should be liberally construed, in accordance with the Fifth-circuit and Supreme Courts ruling under; HAINE S V.S. KERNER 404 U.S. 519, 92 s.ct. 594 [1992]. THEREFORE; This motion should be liberally construed and not dismissed.

═══════════════════════════════════════

TO THE CRIMINAL DISTRICT ATTORNEY OF WALKER County;

I Clemmie Wick Ware [TDCJ-CID] #555001 Presently confined in the [TDCJ-CID] no; #555001 Presently confined at H-S-Estele Unit in Walker County and Refer to the Attachment-AFFIDAVIT; STATE-ment of FACTS OR INFORMATION OR AFFIDAVIT OR complaint by Credible PERSON(s) For Immediate CorrectIve Action By or under Appropriate Authority; Pages [1] through [9] against the above official within the [TDCJ-CID] Prison system and same forementioned is Contrary To;

P.C. § 39.021 Violation of the Civil Rights of A Prisoner (A)(1)-(2) And (B)
P.C. § 15.02 Criminal conspiracy (A)(1)(2) -(C)(H)
P.C. § 36.06 Retaliation  P.C. § 42.07 Harassment
C C P § 21.15 Criminal negligence standard For Administration Action
      ABC-1.08
P.C. § 22.04 Handicap Prisoners (A)(2) -(1) -(C)(3) P.C. § 22.05 Reck-
LESS      AD-06.17 Health Summary For Classification
H-SC § 431.002 Health Authority - C.C.P. § Neglect of duty. P.C. § 32.02
False statement Fraud P.C. § 37.01 § 37.03 Perjury
Access to Health Services AD-06.07 And section 499.102(A)(7) And
(8); And 501.059 Texas Government Code;
American Disabilities Act [ADA];

   As well as THE [TDCJ-CID] Employee General Rule of Conduct Authority Texas Government Code sections 493.001 and 500.3 Texas Government Code section Chapter 571 Prohibited Conduct; of the Texas Dept of Criminal Justice Executive Directive;

-2-

PD-22 Employee General Rule of Conduct;

PD-22-Rule #8 Failure to Follow Proper Safety Procedure

PD-22-Rule #10 Falsification of Records

PD-22-Rule #13 Failure to Obey a Proper Order From Authority

PD-22-Rule #20 Violation of Statutory Authority, Court Order, Rule, Regulation, Policies

PD-22-Rule #22 Harassment Discrimination Against Person of a Class

PD-22-Rule #22 Harassing Retaliation Against Another

PD-22-Rule #23 Mistreatment of Offender

PD-22-Rule #32 Destroying Evidence or Given False Information

PD-22-Rule #41 Denial of Uniform Access to Court

PD-22-Rule #46 Falsification Promotion Application

As well as the Offender Health Service Plan - Correctional Managed Health Care Committee Adopted Pursuant to Section-501.146 of Tex as Government Code Plan Health care Arrangement Between TDCJ and the UTMB and Texas Tech University Health Science Center under correction Manage Health care Committee; Standard Practice and policy;

Responsible Health Authority (Essental)/ Policies and Procedure

Access to Care / PulHS-System Offender Medical and Mental Classificat-Health Service Polices/

Emergency Plan and Drills/ medical Pass/

Section - #C - Care and treatment

Level of care / continuity of care/ standing order/

Standing medical order/ qualified medical/Daily truaging of Complaint

Special medical Program [Physical handicap/ Psychiatra service]

Section - E Health Record/ medical Record

As well As Section - 504 of Rehabiliation Act of 1973 (Section-504)

And 29 U.S.C. §294 [2000] And American with disabilities Act 42

USC §12101-273 [2000] "No-qualified Individual with a disabilitie

shall by Reason of such disability, should Be Excluded By,

-3-

PARTICIPATION IN OR BE DENIED ~~the benefit of~~ the BENEFIT or SERVICE Program or Activities OF A PUBLIC ENTITY OR BE subject to discrimination By any such Entity [ADA] And the impact of operation of the Facility;

[A]- Due to on two-Row And there no handicap EXIST on unit. I have Been Repeatedly deprive Access to [medical Apot, Visitation, Recreation, X-Rays, Ect.] And discriminated Against with Access to Recreation And deprive or All Access due to Elevator Not Working.

[B]- Due to H-S-Estelle Unit Fail to hAVE handicap EXIT, on unit For Emergency Evacuation For handicap, housing on two-Row me And A Class of Offenders Life Are Endanger daily due to no handicap EXIT [IE; Fire, Aason, turnado, Flood, EARth-quake, Bomb threat, Power outage, Ect.] And OFFicial Reckless disregard of SAFety; AD-04.07 OFFENder housing assignment Criteria And Procedure. [TDCS-CID] Risk management Dept Risk management manual Section-V-Occupational Safety. Medical Dept -Evacuation Plan.

There only; A Elevator And IN A Emergency situation "NO-ONE" IS Support to Use Any thing Electoral moreless Evacuation;

[C]- Due to Applicant House with no NONE-handicap cell And deprive of [Handicap-shower, hand Rail, wall Rail, sink Rail No Floor grip] on Floor Reckless disregard to All Safety; And discriminated Against;

[D]- Due to Applicant Being deprive And discriminated Against with Handicap (Essential); And Force to wear An [Jumper] that Place him At Direct Safety Risk due to use of [Canadian-crutches] And/or An [wheelchair] And Jumper controld one complete Body movement 1F; higher oart get hooks controld the Lower Part 1F; Lower Part get hook it controld higher Part. And discriminated Against From other handicap, denying of Essential clothess of [Elastic Boxer, Pants, shirt Buttondown or zipper shirt]. ~~condda~~

-4-

[E] - Official under False Allege or unknow official and deprivement of all Due-Process and violation of [TDCJ-CID] Disciplinary Procedure of IV. Section V. Special Procedure for certain Categories of offender D. Section IX of the (Phyiscially Handicap) and not only under False Allege Excessive Punishment when [TDCJ-CID] Provide no Punishment should Exceed over [90] days, and; AD-03.76 offender Disciplinary Procedure

[F] - Fail to Provide and Enforce one-Row-Restriction and Keep his HS-18 Restriction up to date; discrimination. Against Applican

The Official Job Assignment shall be Based upon Rational and objective Criteria and in such a manner as to Ensure that the safety, security, treatment and Rehabilitative need of all offender are met. And Lawful Cataghoy and Authority of [TDCJ] Risk Management Dept Risk Management Manual Section -V- Occupational safety; DS-F-3 medical Department - Evacuation Plan
  DS-F-4 offender housing IV.-A.
  OS-A-17 Americans with Disabilities
  OS-A-1 TDCJ-Safety Policy Statement I
  OS-A-S Responsibilities of [TDCJ-CID] Employee (A)-(C)
And; AD-06.17 Health summary for Classification
  ED-10.61 TDCJ - Safety Policy
Officials is and have Act within Criminal Conspuracy - with their Limits of Liability and Criminal Recklessness and Negligence and Malpractice and deliberate indifferance to his medical and Access to Health Service.
  Official is ~~one~~ depriving Applicant of Rights not Privilege and is direct violation of Prisoner Right Art 37.021-(1)(A)(1)(2) V.A.C.S And Texas Constitutional Art-I section #10 and #19 and further violation of the U.S. Constitutions #4,th 5th, 6th, 8th and 1th Amendment to Be Free From Cruel or Unusal Punishment inflicted.
  Freedom From Retaliation, Life-Endangerment, Reck of safety, and Affiant seek Criminal Charge File Against All Defendants;

-5-

Killie Ward, Wayne Brewer, Bryan Hancock, Tracy Bailey Bobby Vincent, John Doe and/or Jane Does [TDCJ] Health Service Division Khari Mott, P.A. Eldon Monk, Kathy Hawkins, Betty William, Marco J. Henker Mayer, Michelle Barksdale, M.D. Zeon Zae, Mulkey Lynn, Matt Gross, July Ernestine, M.D. Robertson Nathaniel John Does or Jane-Does Safety Official, Christpher Lacox

Brought to Justice for the Attachment Affidavit Page [1] through [9] and Record with [TDCJ-CID] records supported of said cause of Actions and violation of the Law relevent to his or her individual and or official capacities All Defendant have and is acting under color of State Law during all time Relevent to this criminal Complaint Furthermore complaint say that; Matt Gross, Kelli Ward, Bobby Vincent John-Doe/Jane-Doe Zeon Zae Employess of [TDCJ-CID] and may be found during the hours of 6:00 Am to 5:00 PM at the Following Address;

Administration Building [TDCJ-CID]
P.O.Box-99
Huntsville, Texas 77340-

And official(s); Wayne Brewer, Bryan Hancock, Tracy Bailey Khari Mott, [P.A.] Monk Eldon, Betty William, Marco J. Henker-Mayer, Michelle Barksdale, M.D. Julye Ernestine, Mulkey Lynn, M.D. Robertson Nathaniel, John Doe And/or Jane Does Safety, Christpher Lacox

Employees of [TDCJ-CID] or [UTMB] And may be found At and during the hours of 6:00 Am to 6:00 PM at the Following Address;

Estelle Unit or [H-8-Estelle] Unit
264-F.M.-3478
Huntsville, Texas 77320-3322

Plaintiff Reason For an Temporary, Restraining Order

-6-

PLAINTIFF RESPECTFULLY SHOW THE FOLLOWING:

[1]-NO ADEQUATE REEMEDY AT LAW:

[2]-BECAUSE RECKLESS disregard to SAFETY AND NEGLIGENCE AND HAZARD RISK, RETALIATION, CRIMINAL LIMITS OF LIABILITY, DENIAL ACCESS to medical, VIOLATION OF [ADA], FRAUDULENT CLAIM AND RECORDS to CARRY out deprivement OF HANDICAP (ESSENTAL) AND VIOLATION OF ALL RIGHTS to DUE-process PROTECTION OF DISCIP INARY ACTION AND EXCESSIVE PUNISHMENT AND ABUSE OF OFFICIAL CAPACITY AND FALSE RECORD OF medical. And:

[A]-Action within "dELIBERATE INdIFFENCE" AND mALPRACTICE AND WANTON to INFLICT OF HARM BY suddEN tREMINATION OF movANT mEDICATION AND MEDICATION WARANT that such should NOT BE tREMINATED suddENly AND [P.A] tREMINATION OF M.D. AND NEUROLOGIST SPECIALIST ORDER UNDER FALSE CLAIM OF [AllERGIE] Place movANT LIFE-tO dANGER AND FAIL to PROVIDE ANY tREATMENT FOR muscLE-spASM, CLONUS ECT:

[B]-BLOCKING ACCESS to mEdICAL quALIFIED [M.D] AND OR spECIAL IST BY HEALTH MANAGER AND [P.A] WHEN ObJECTION CLEARLY mADE to sEE A [P.A]: AND NURSE CONSPIRING to dENY ACCESS to tREATMENT RETALIATION FOR EXERCISE OF GRIEVANCES

[C]-FAIL to KEEP movANT mEdICAL RECORD OF H-S-18 mEdICAL. RESTRICTION UP to dATE 'AND dEPRIVEMENT OF HANdICAP housING RECKLIESS dISREGARD to tO movANT SAFETY OF HANdICAP ESSENTAL [HANdICAP SHOWER, RAILS, FLOOR GRIP ONE-ROW RESTRICTION, SPECIAL mEdICAL CLOTHES ECT:]

[D]-PLACE APPLICANT AND A CLASS OF OFFENDER LIFE-ENdANGER dUE to "NO-HANdICAP" EXIT ON two-ROW AND dISCRIMIN ATION AGAINST HANdICAP OFFENDER. FAILURE to HAVE HANdICAP EXIT ON two ROW ON tHE hOLD UNIT: [I.E. NO-EXIT] FOR [FIRE ARSON, tURNADO FLOOD, EARthQUATE, BomB thREAT, POWER OUTAGE ECT:] AND EMERGENCY SITUATION "NO-ONE" IS to USE AN ELEVATOR ARE ANYthING ELECTONAL.

-7-

[E] deprivement of Handicap shower daily and Reckless disreg- and to Safety [No-Floor grip, hand rail, wall rail. And medical fail to have handicap shower within facility within the medical infirmary.

[F] - medical is and have act within Fraudulent of promotion of application Step-II Grievance hand officials acting over the offender medical complaint within an conspiracy of their Liability and participate and position and use of an Rubber stamp [i.e; step-II medical Grievance program Office of Professional Standards TDCJ-Health Services Division] and conspiring and allowing the Deliberate indiffe-rance, malpractice, safety hazard, denial of medical act; to continue under Reckless disregard to offender complaints. And fail to ensure Grievances;

[1] - acting within Deliberate indifference to offend er Right to see a qualified medical personal and all a [P.A. Edlon Knouk and K. Mott] to Block all acce- ss to movant need of treatment, essential, ect;

[2] - Acting within Deliberate indifference to offender acc ess to qualified medical personnal under Fraudulent promotion of [mental-state] and completely dening tre-atment and continue of treatment under Fake claim of offender Psychologist hand movant [infection and/or chronic-illesses] need of investigation, examination and lawful record and testing and treatment.

[3] - Acting within Deliberate indifference to offenders a class medication due to a none medical nature result ing to further; interference denial, malpractice and retaliation for exercise of access to court, grievance ect;

[4] - Acting within Deliberate indifference with movant and class handicap (essential) and discrimination retaliation;

[G] - And abuse or immediate and irrepairable harm in the abse- nce of protection and/or preliminary injunction or [TRO];

-8-

[3]- UPON A FAVORABLE RULING NO-ADVERSE EFFECT will BE Impacted upon the DEFENDANTS AND/OR OFFICIALS.

[4]- THE INJUNCTION AND/OR PRELIMINARY INJUNCTION OR [TRO] will SERVE the INTEREST OF the PUBLIC..

[5]- THE Plaintiff CAN Prove to the Courts through RECORDS CONTAINED BY H-8-Estelle UNIT RECORD Dept AND medical, AND GRIEVANCE AND [LIMTA] RECORDS, AND mental RECORDS, DISCIPLINARY RECORD, AND A CLASS OF OFFENDER BEING deprive of specific-medication handicap essential AND Complete denied treatment AND cause to SUFFER daily AND without Protection OR INJUNCTION within this CRIMINAL ACTION immediate AND IRREPAIRABLE hARm will FurthER Come. PLAINTIFF is Being deprive of Adequate medical AND subjected to malpractice. denied Complete ACCESS to qualified medical And retaliated Against due to PASS GRIEVANCES AND Place at RISK OF hARm daily And denied continue of treatment UNDER FAKE Claim(s).

[6]- THROUGH EVIDENCE OF RECORDS OF GRIEVANCE, disiplinARy, Sick-call And LAB test, And APPROPRIATE test OF medical And within HuntSville POSESSION A FAVORABLE Ruling will Be giVEN to PLAINTIFF IN this inst-Ant Criminal Complaint And INJUNCTION And/or [TRO]

====== === === === ===

## TEMPORARY RESTRAIN ORDER

Complaintant REQUEST that AN ISSUE OF AN [TRO] PRELIMINARY And PERMANENT INJUNCTION PURSUANT to his Rights OF: INJUNCTION, Viol-Ation H-8-483.073 And/or PROTECTION UNDER VIOLATION PENAL 2507-25.071 And/or Art 6.08 PROTECTION ORDER PROhiBition OFFENSE CAUSE By BIAS AND PREJUDICE, RETALIATION PENAL 36.06 And Complaint REQ-uest AN ISSUE OF AN [TRO] upon DEFENDANT OR their Agents to REFRA-IN From OR Adminster.

#[A]- REFRAIN From VIOLATION OF SECTION-504 OF REHABILIATION Act OF [1973]-[Section-504] And REHABILIAT Act 1973, 29 USC § 794 [2000] And AMERICAN with DISABILITIE Act: 42 USC § 12001-273

-9-

[2000] "No-qualified individual with Disabilities shall By Reason of such disability, should Be Excluded From Participation in or denied the Benefit of Service, Program or Activities of a Public Entity or Be subject to discrimination By Any such Entitly [ADA] and impact of operation of the Facility;

[1]- Record and Placed movant Life-Endanger, safety and discrimination Against him housing him on two-row that dose not have any handicap Exit; or handicap Emergency Evaculation;

[2]- And Failure to update his HS-18 medical Restriction-One-Row Restriction special housing handicap cell From October 01.2011

[3]- And depriving movant of handicap Essental or [hand Rail, wall Rail, handicap shower Ect;]

[4]- And depriving And discrimination with his handicap (Essental) or special Clothes two-Piec [Shirt, Pant, Boxer] Ect; And From;

[5]- And From Reckless disregard to safety due to use of an [Jumper suit] and denial handicap (Essental) when offender use of [wheel chair, Crutches, walker Ect] [ADS] essental.

[6]- Refrain From housing Any And All offenders handicap on two Row unless offender give Consent waive of One-Row Restriction house [Refusel of medical];

[B]- Refrain; From deprive. Any and All offender of [TDCJ-CID] Disciplinary Procedure Due-Process Protection And Rights For offender or special Procedure For Cert Categories of offender IV-section V. or D-section IX of (Phyiscal Handicap, mental Ect;)

[1]- Refrain From (Fabricate) of record And Computer with Fake Allege or Abuse of Handicap (Essental) to deny treatment

[2]- Refrain From Retaliation And discrimination Against movant with his handicap And Reckless disregard to his safety; with special

[C]- Refrain; From use of Rubber stamp worth By TDCJ-Health Service Division Step-II medical Grievance Program office or Professional standard with out Official Action over the Grievance with out signature title And Name!

[A]- Refrain From Conceal the Official Act And liability; And

-10-

**IDENTITY OF PERSON AND PARTICIPATION (FRAUDULENT RECORDS):**

[D]- Administers ORDER that [P.A.] And/or K.mott REFRAIN FROM BLOCKING ACCESS to qualified medical PERSONNAL, [ADS] And to ENSURE All ACCESS to medical FOR Any And All medical complaint;

[A]- Administer up to date HS-18- FROM OCTOBER [2014] OR handicap cell. ORDER.

[B]- that OFFICIALS Administer! An Handicap EXITS on two-ROW! FOR EMERGENCY EVACUATION.

[C]- OFFICIAL Administrate handicap shower within medical Facility.

[D]- Administers? handicap (ESSENTAL) clothes FOR handicap special needs And SAFETY HAZARD

[E]- Administered "handicap (ESSENTAL) hand rails, handicap shower and LAWFUL one-ROW-restriction due to no handicap EXIT EXIST;

[F]- GRANT any other relief As it may Appear Applicant is entitle too;

   IT IS SO PRAYED;

                    Respectfully Submitted
                    /s/ Clemmie Wickware
                    555001-H-S-Estelle Unit
                    264-F.M.-3478
                    Huntsville, Texas 77320-3322


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true And correct copy of these foregoing Criminal Complaint with temporary Restrain ORDER was on this day OF August 19, 2015 was submitted through Inidgent mail FUL Postage An mailing to the following Address;

SHERIFF OF WALKER County
   717-F.M-2821-W.
Huntsville, Texas 77320

Special Prosecution Unit
340-SH-75 North. Suite-A
Huntsville, Texas 77320

                    /s/ Clemmie Wi....
                    Clemmie WILKWARE

12th Judicial District
278th Judicial District
1100-University Ave-suite-209
WALKER County Courthouse
Huntsville, Texas 77340-11-

# AFFIDAVIT

STATE OF TEXAS }

County of WALKER }

SWORN STATEMENT

By: Clemmie WICKWARE

===============================================

I Clemmie WICKWARE #555001 I AM Sound mind And LAWFUL Duty INCARCERATED At [TDCJ-CID] TEXAS Dept of Criminal Justice Correction Al Institutional Division At the H-8-Estelle Unit 264-F.M.-3478 Huntsville, Texas 77340-And Respectfully hereby State As follows;

[1]- Applicant was Assign to H-8-Estelle Administration-Segregation [Ad-SEG] High security-Estelle Unit [H-8-Estelle] Unit when Unit open up due to [Handicap-cell] housing that Provided Physical handicap Essential For his Physical needs [Handicap-shower, handrail, wall Rails, sink rail, Ect;] due to Allege of medical Facility.

[2]- Applicant is medical Diagnosin of Partial Paralyze due to An Extensive spinal-Stenosis (Hyperreflexia And Clonus) due to [L1-2, L2-3, L3-4, L4-5, L5-S1] And mild Bulging Annulus with moderate canal the neural Foramina Are Also narrowed Bilaterally Physicap handicap Since [1990] And require to use [Canadian-crutches] For moBility.

[3]- Applicant states medical Hugher Supervison BoBBy VINCENt, M.D. JuINE-ERNE And Act over applicant medical repeatedly And AWARE of his medical Diagnosin And H-8-Estelle Unit Facility And Limit handicap housing And the H-8-Estelle Unit [two-row] not have Any handicap Exit. And issue medical order Repeatedly during their Assign to the H-8-Estelle Unit And now Acting over [P.A] Edlon monk And [P.A] RoBErt wilkins And is Allowing them to CARRy out out the following;

[A]- malpractice, Block of Access to qualified medical Personal, Block Access to Assistive DisaBility service [ADS], denial specific medication due to a none medical nature, denial of Rights AMERICANS with Disabilitie Act [ADA]. Reckless disregard to sAfely, hazard condition, denial of Continue of treatment, denial Access to medical, And Act within conspiracy to help to

-1-

CARRYING OUT RETALIATION AND DENIAL, INTERFERANCE AND DELIBERATE INDI-REERANCE to MOVANT AND A CLASS OF OFFENDER Right to BE FREE FROM HAARM, UNCESCARY RISK OF HAARM, HAZARD, SAFETY AND PROTECTION OF ALL PERSON AND OR HANDICAP EVACUATION [ADA] - [ADS] (ESSENTAL) VIOLATION OF EVACUATION PLAN, HOUSING AND daily ESSENTAL NEED SPECIFIC OR HANDICAP CARRYING OUT SECURITY WISH DUE TO INTERFERANCE with ESTABLISH order to BE ORDERS;

[4]- All OFFICIALS ARE AWARE that [H-8 Estelle] UNIT. DOSE NOT HAVE ANY HANDICAP EXIT THAT EXIST ON THE UNIT TWO-ROW AND NO HANDICAP EMERGENCY EVACUATION FOR HANDICAP OFFENDER AND RECKLESS PLACE OFFENDER LIFE ENDANGER DUE TO NO EXIT FOR HANDICAP [E.g. FIRE, ARSON, TURNAB FLOOD, EARTH QUATE, BOMB THROAT, POWER OUTAGE ECT.]

[A]- OFFICIAL HAVE NUMBER OF OFFENDER HOUSE ON TWO IN A NONE HANDICAP CELL AND PHYSICAL HANDICAP AND NO SPECIFIC SIGN OF HANDICAP AND THEY HAVE ONE RESTRICTION BEING RECKLESS DISREGARD.

[A]- OFFICIAL KHARI MOTT AND P.A. EDLON MONK AND P.A. ROBERTSON NATHANIEL, JULUE-ERNESTINE, BOBBY VINCENT AND JOHN DOE AND OR JANE-DOES [TDCJ]-HEALTH SERVICE DIVISION, MICHELLE BANKSDALE, MATT GROSS CHRISTPHER LACOX, M.D. ZEON ZAE, WAYNE BREWER, TRACY BAILY, NELLIE WARD, BETTY WILLIAM, has FIRST HAND KNOWLEDGE OF MOVANT AND CLASS OFFENDER BEING WRONGFUL HOUSE ON TWO WHEN IN AN EMERGENCY SITUATION NO ONE IS TO GET ON AN [ELEVATOR] AND OR ANYTHING THAT IS ELECTORAL OFFICIALS IN AWARE OF APPLICANT MEDICAL NEED OF MOBILITY WHEN USE OF ASSISTIVE DEVICE SUCH AS [WHEELCHAIR, WALKER CRUTCHES ECT.] AND [ADA] BENEFIT;

[1]- ON FEBRUARY 04. 2015 MOVANT SEEKI HIS RIGHTS TO BE FREE FROM SAFETY AND TO EXIT DUE TO WRONGFULLY HOUSE ON TWO ROW OFFICIAL K. MOTT AND M.D. ZEON ZAE RECKLESS DISREGARD REQUEST.

[2]- ON JANUARY 15, 2004 APPLICANT BROUGH THE NO-HANDICAP EXIT TO M.D. BOBBY VINCENT ATTENTION AND SEEK APPROPRIATE AND UP DATE OF HIS H-8-18-RESTRICTION AND THAT THE BE CONNECTED WITH HIS ONE-ROW RESTRICTION DUE TO RECKLESS DISREGARD BY MEDICAL AND OFFICIAL ACTING WITHIN VIOLATION OF [ADA]. SEE GRIE VANCE NO. 2004086325.

-2-

[3] - Further official Khani Mott, Bobby Vincent, Killi Ward Classification was Put at Notice of the discrimination and repeatedly deprivement or access to [medical, Dental Appts, visitation, Recreation, X-Ray ect] SEE: GRIEVANCE NO: 2006016748 Sept 26, 2005 and GRIEVANCE NO: 2006016736.

[4] - on January 16, 2015 and February 03, 2015 applicant submitted request to K. Mott [to no avail] and Classification.

OFFICIAL DENIAL AND DELIBERATE-indifference to handicap (essental)

[5] - Official Wayne Brewer, christopher Leacox, Tracy Bailey, major, Capt John Does and or Jane-Does, Mott Gross in and have act with in deliberate-indifference to movant and a class of offender's medical by interposing and officials carring out deprivement of medical by instruction and conspiring with [P.A] edion monk and/or P.A. Robert wilkins, M.D. Zeon Zae and or Robertson Nathaniel to deny movant of handicap essental under False and "none medical nature" to carry out retaliation and discrimination and medical have and is depriving me of Handicap Cell Base on a none - medical nature and fail to Lawfully Establish my medical handicap H-8-18-restiction and show;

[A] - on october 07, 2011 Lt. Darrell Sutton, Kathy Hawkins and Bryant Hancock use unnecessary and excessive force to move me to a [Handicap - cell] From a none - handicap cell due to medical order I refuse due to one-row restriction not being enforce However Bobby Vincent, Julye Earnestine and John Doe is aware of my handicap needs and none-handicap cell Hazard to safety due to [No-hand rail, wall rail, sink-rail, handicap-shower]. SEE: "USE of FORCE" And GRIEVANCE NO: 2012032315 on about october 07, 2011 medical Fail to Lawfully record this within his medical Chart and Computer and show; Also SEE GRIEVANCE NO: 2011192703

[B] - THE medical Fail to keep up with the restriction and Lawfully Record my handicap need For cell-handicap And of handilap shower official move movant to a none handicap cell about ut January 6, 2012 and major D. Forrest refuse to replace me within one due to non-medical Nature.

## AFFIDAVIT CONT PAGE #4

[C]-[TDCJ-CID] Disciplinary Procedure Provide; Due-Process Protection and Rights For offender's SPECIAL PROCEDURE FOR CERT-CATEGORIES OF OFFENDER IV. SECTION V. OR [D-SECTION IX OR (Physical Handicap, mental, Ect);

THAT ANY restriction on his or her mobility-or Punishment OF IMPAIRED OFFENDER should BE determine Possible Negative with medical consequences For given Punishment;

HOWEVER it is WELL establish that Procedural Requirements For DEATH ROW AND Administration Segregation [Ad-Seg] ~~should not~~ that NO restriction should EXCEED A total OF NINETY [90] days; IF ANY;

[1]- movant is not under any handicap or mobility restriction And no due-Process was Provide For the termination of handicap cell IF AND; ~~And~~

[2]- OFFICIAL and medical staff Are deNING him of handicapo (essent) And his Handicap disability has not change And med fail to keep his H-8-18 restriction up to date SEE: GRIEVANCE NO: 2013137044

[D]-Applicant state: M.D. Julye ERNESTINE And ZEON ZAE is AWARE of my NEED OF HANDICAP (Essental) or [hand-rail, wall rail, handicap shower Ect] SEE: GRIEVANCE NO: 2012004077 NO: 2012014021

[6]-OFFICIAL K. HAWKINS And B. HANCOCK maliciously Act within retaliation For movant EXERCISE of grievance [ATC] And USE P.A.T. Power And Attempted to terminate movant mobility under FALSE claims allege ABUSE OF Crutches [CANADIAN Crutches] And HANCOCK made retaliation Threats within PASS SEE: GRIEVANCE NO: 2012079276 NO: 2013099015

[A]-ON July 27, 2012 Applicant seek handicap (Essental) And housing [To no avail]

[B]-ON JUNE 25, 2013 Applicant seek his H-8-18-medical restriction up date and HANDICAP (Essental) [handicap rail shower, wall Ect] And [ADA] Being deprive Brought to Administration Attention or the Disciplinary Punishment not exceeding [90] days IF ANY; SEE: GRIEVANCE NO: 2013109057 And NO: 2007079690

[C]-ON July 22-2014 movant Submitted A sick-call seeking handicap essental [handicap shower, rail Ect] And Physical Therapy; [To no avail]

[6] - Applicant state May 28. 2008 M.D. Julye ERNESTINE GIVEN OFFICIAL consent to use his mobility as a forma or punishment to treminate his [CANADIAN Crutches] due to false claims of abuse of Crutches. SEE: GRIEVANCE NO: 2008150307

[7] - Applicant STATE official K. Mott, Bobby VINCENT, ZEON ZAE, Betty william, Gia william, M.D. Julye ERNESTINE, M.D. Nathanel Robertson, Kathy Hawkins, P.A. Robert wilkins, P.A. Edlon munk, Marco J. Henk-EREMeyer. and Lunn Mutkey all is aware and have first hand knowledge of movant Physical Handicap and his Records of HS-18 Restriction not being up date since october [2011] and the safety Hazard Reckless disregard despite order of [Restriction for Transportation of wheelchair van and use of CANADAN Crutches]. and medical rail to establish Lawful handicap assignment:

   [A] - Barrie-Free Facility
   [B] - Single Level Facitity
   [D] - special Housing with medical Line condition [handicap shower, hand rail, wall rail, sink-rail ect?] Floor grip in shower;
   [E] - ONE-Row Ground Floor Restriction

of Health Classification summary and right to [ADA] and/or [ARS] (Essental) ect? SEE: grievance NO: #2014185611 and NO: 2014094276 officials have allowed security to controld offender housing and Reckless disregard to offender as a Class medical restriction and they are depriving offender with out their [consent] of medical treatment within a violation of State and federal Law.

OFFICIAL INTERFRANCE and DELIBERATE-INDIFFERANCE, And RETALIATION: discramination with offender handicap (ESSENTAl) under false claims of abuse:

[8] - Applicant state: medical staff have all act within retaliation for movant exercise of his right to [ATC], grievance ect? and allow security to issue unlawful restriction on offender medical need at this H-8-Estelle unit and reckless disregard to all Physical Handicap safety due to Handicap (Essental); and special need under false claims of abuse:

[9]- Applicant Receive [PHOE] Physical Handicap or Program [Essental] or now AKA Assistive Disability Service [ADS]; Medical treatment since [1997] until K. mott and Betty william Act within deliberate inditfrance and retaliation, discrimination to movant and a Class of offender right to special needs and reckless disregard to the safety hazard; consistent with [ADS]- clothes essental or medical;

[A]- On March 26, 2013 movant handicap clothes was renewed By M.D. Robertson Nathaniel of [Button down or zipper shirt, Elastic waist band Box and paint and shirt] said items is issue to handicap offenders under special need due to hazard condition when use or medical device [i.e. wheelchair, crutches walker cane ect] due to the safety and hazard condition or use or an [Jumper] and [tie-up-Boxer].

[B]- The [Jumper] controld one hold complete Body movement and when get hook on something or in wheelchair-wheels the upper controld the Bottom and Bottom controld the upper movement arm or legs, neck, back ect, place handicap at risk of harm and safety.

[C]- movant has repeatedly Been injured due to the use of an [Jumper suit] and rash due to rubbed raw By jumper when use of crutches and cause skin discoloration scare to his Body and fell down number of time since [5-24-2013]

[10]- On may 24, 2013 movant had a medical appt with M.D. Betty william Before the appt Begain this Dr. scen me in a white zipper shirt and got maded and told officers to take this shirt clearly act on retaliation for Poor exercise or [ATC] of offender grievance and to mistreat movant file grievance no, 2013159088 [to no avail] official K. mott conspired with the act;

[A]- official L.t. Sutton and sgt John Doe threating to use force if shirt was not given to them due to M.D. Betty william termination.

M.D. Betty william maliciously and cadistally abuce her authority to

carry out retaliation And official K. Mott And security further deprive movant of Handicap (essental) After this event with Betty William. SEE: GRIEVANCE NO: 2013197316

OFFicial coompletely deprive movant of All HANDICAP (essental) to this day. Allege that M.A. Robertson NATHANIel concell the order By B. PARKER, under False Allege of ABUSE of items; By UNKNOW OFFicials And No Due-Process Protection; Further retaliation;

[11]- Medical Staff, malicously And sadistcally Place FAKe records on Res-quest that; I use my special needs items for [CONTRAND] And have use this allege to Block All ACCESS to [ADS]- And K. Mott Michelle BArksdale, ZEON ZAE, MARCO J. HENKERMEYER, Mulkey Lynn, Julye Brnestine, Robertson NATHANIel, John Doe And JANE Doe safety, Christopher Lacox, WAYNE Brewer, Cimiran Ravich ANDRAN, TRACY Bailey, Betty William, And Bobby VINCENT All reckless disregard movant Rights to Be FREE From SAFEty Hazad And harm due to the wrongful treamination of his HANDICAP (essental) clothes; Despite

[A]- Allege is False and records Are (FABricated) And even, If true Punishment EXCESSIVE And No Limitation official have And is discrominating Against movant And Place him in danger of safely daily.

[B]- Further movant WAS deprive of All Due-Process of [TDCJ-CID] Disciplinary Procedure And Rights of Offenders special Procedure For certain categories; IV-section V of D-section IX of (Physical Handicap) By False unknow official Allege of ABUSE And record within computer By OFFicials for John Doe on JANE Doe in retaliation SEE; GRIEVANCE NO; 2013158388 And NO: 2013209-678 NO: 2013209605 NO: 2013197316

[C]- ON Februay 24, 2013, movant submitted Sick+Call request For soecial clother due to denial [to No AVAil]

[D]- ON June 05, 2013 August 02, 07, 21 of 2013 October 04, 07, of 2013 November 12, 2013 [to No AVAil]

[E]- on January 28, 2014 movant submitted sick-call request

For special clothes due to safety [to no avail]

[1]- NURSE MARCO J. HENKEMEYER RN treaminated all sick-call request for;

[A]- handrail, handicap shower, wall-nail ect! allege that

[not medically indicated]

[B]- Physical Therapy request allege that

[not medically indicated]

[C]- request for medical shoe allege

[not authorizied at this time]

[D]- request for handicap clothes allege

[not medically indicated]

medical staff! Michelle MARCO J. HENKEMEYER is not a [P.A] or [MD] And Repeatedly denied access to medical and is a couristent malicious Practice and Pattern. By him and Lynn mulkey through movant treatment,

[F]- Furthermoyon June 06, 2014 movant submitted sick-call to offic- ial Michelle Bankdale for handicap essental [to no avail]

[G]- on November 04, 2013 And April 07, 2014, April 22, 2014 movant submitted sick-call to Michelle Bankdale [to No avail]

[H]- on December 29, 2014, January 29, 2015 and march 29, 2015 movant further seek handicap (essental) [to no avail]. And June 01, 2015

[12]- official's have Direct knowledge and a Responsibility to Ensure or treatment Health care management and Appropriate medical and [ADA], [ADS], grievances, request, triage complaints, continuity or treatment, access to medical and Ensure lawful docu- mentation not within Fraudulent claim and that offender specific or special medical need or all categroy or lawful manqocomb nt or Penial requirement And reckless dicregard movant need for safety, Hazard condition See, grievance No: 2014028058 No: 2014043907 movant deprive or handicap esstental to this day. Also See: grievance No: 2014094276.

## OFFICIAL CONSEAL OR LIABILITY, PARTICIPATION, FRAUDULENT OR Application AND INDENTITY OF PERSON ACTS.

[13]- Applicant State, OFFICIALS Acting OVER [TDCJ-CIA] Step-II HAVE Direct KNOWLEDGE AND Action within due to Fail to ENSURE GRIEVANCE AND willful with KNOWINGLY intentionly RECKLESS disregard VIOLATION OF SAFETY mistreatment, HAZ-Ard condition, RESPONSIBILITY, AND USE AN RUBBER STAMP IN stEAD OR NAME OR OFFICIALS Acting OVER Step-II GRIEVANCEES AND WHEN ASK who act OVER individual GRIEVANCES From [2013] through out the ABOVE GRIEVANCES AND NOVEMBER 01, [2013] to this day FOR EXAMPLE,

> STEP II MEDICAL GRIEVANCE PROGRAM
> OFFICE OF PROFESSIONAL STANDARDS
> TDCJ- HEALTH SERVICES DIVISION

OFFICIALS ARE Acting UNDER color OF LAW AND contrary to STATE AND Federal Law AND ALLOWING VIOLATION to CONTINUE AND IS Person AI LIABILE AND RESPONSIBED to his OR her individual AND OFFICIAL CAPACITY AS INVOLVEMENT FOR SUPERVISION Directive, ENSURE AND/OR MANAGEMENT OF PENAL REQUIREMENT AND STATE AND Federal LAW AS WELL AS constitutional LAW [John DOES AND OR JANE DOES OFFIcals Step-II MEDICAL GRIEVANCE PROGRAM OFFICEAL OR PROFESSIONAL STANDARDS TDCJ-HEALTH SERVICES DIVISOR] IS AND HAVE CONCEAL their INDENTITY AND PARTICIPATION, AND FRAUDULENT OF the GRIEVANCE Step-II Application with A RUBBER STAMP AND IS Acting UNDER color OF LAW AND RECKLESS disregard OF OFFENDER triaging complaints, ALLOWING them to CONTINUE VIOLATION CLEARLY REFLICTED, From [2013] to this day.

================= VERIFICATION ================

I DECLARE UNDER PENALTY OF PERJURY that FOREGOING IS true AND correct to the BEST OF my KNOWLEDGE AND ABILITY AND I HAVE READ the ALLEGE AND said Act PURSUANT to 28 U.S.C.- SEC-17 R.C. P-132 through 132.003 IN Support OF this STATEMENT HEREIN,

DATE: 08-18-2015                    /S/ Cleommie Wickware



**Robyn Flowers**
District Clerk
Walker County

12th Judicial District
278th Judicial District
County Court at Law

August 25, 2015

Clemmie Wickware  #555001
Estelle Unit
264 FM 3478
Huntsville, TX 77320

The District Clerk's office has received your paperwork regarding a Criminal Complaint with a Temporary Restraining Order. Should you wish to file a civil suit in the courts of Walker County, you must follow the rules outlined in Chapter 14-Texas Civil Practice and Remedies Code.
If you would like to file a criminal complaint, the complaint should be filed with the Special Prosecution Unit (SPU). You can contact SPU at 340 SH 75 North, Suite A, Huntsville, Texas 77320.
All documents received by this office are being returned to you at this time.

ROBYN FLOWERS,
WALKER COUNTY DISTRICT CLERK

BY: Mel Fuentes, DEPUTY